# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEIL MENA, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:21-0632 |
| v. | : | (JUDGE MANNION) |
| WARDEN R. THOMPSON, | : | |
| Respondent | : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: April 28, 2022**
21-0632-01-Order